Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
1/25/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ____GR____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NATHANSON HEAD PELLETIER,<br><br>     Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting, Commissioner of Social Security,<br><br>     Defendant. | CASE NO.: 2:14-cv-09551-RAO<br><br>ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($4,200.00) subject to the terms of the stipulation.

DATED: January 25, 2016         _____
                                HON. ROZELLA A. OLIVER
                                UNITED STATES MAGISTRATE JUDGE